UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAN KONOPCA,<br><br>                            Plaintiff,<br><br>- against -<br><br><br>SANTANDER CONSUMER USA INC. and<br>SANTANDER BANK, N.A. f/k/a<br>SOVEREIGN BANK,<br><br>                            Defendants. | Docket No. 3:15-cv-03348-MAS-LHG |

### DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' August 4, 2016 Stipulation of Dismissal, all claims asserted in Civil Action No: 3:15-cv-03348-MAS-LHG, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 5th **day of** August **, 2016.**

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE